# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LUCIANA JOSEPH,

        Plaintiff,

v.

                                                      Case No.: 3:25-cv-382-WWB-LLL

CITY OF LAKE CITY,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on periodic review. On July 1, 2025, the Court ordered Plaintiff to show cause why this case should not be dismissed for lack of prosecution. (Doc. 11 at 1). Plaintiff failed to respond to the Order, and United States Magistrate Judge Laura Lothman Lambert issued a Report and Recommendation (Doc. 12), in which she recommends that this case be dismissed without prejudice pursuant to Local Rule 3.10.

After an independent de novo review of the record, and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 12) is **ADOPTED** and **CONFIRMED** and made a part of this Order.
2. Plaintiff's Complaint (Doc. 1) is **DISMISSED without prejudice**.
3. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Jacksonville, Florida on September 12, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party